UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, <br><br> *Plaintiff*, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 1:19-cv-01981-RDM |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Martin J. Mackowski of the law firm Crowell & Moring LLP hereby withdraws as counsel of record for Plaintiff Lawyers' Committee for Civil Rights Under Law in the above-captioned case.

Dated:  May 1, 2020                     Respectfully submitted,

/s/ Martin J. Mackowski
Martin J. Mackowski (D.C. Bar No. 1045188)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
Tel.: (202) 624-2500
Fax: (202) 628-5116
MMackowski@crowell.com

1

2

**<u>CERTIFICATE OF SERVICE</u>**

  I, Martin J. Mackowski, certify that on May 1, 2020, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to counsel for all parties.

                   <u>/s/ Martin J. Mackowski</u>