UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, ) ) ) )  Plaintiff, ) )  v. ) )  CONSUMER FINANCIAL PROTECTION BUREAU, ) ) ) )  Defendant. ) ) | Civil Action No. 19-1981 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's March 30, 2020 Minute Order, the Parties respectfully provide the Court with the following status report:

1. On July 2, 2019, Plaintiff Lawyers' Committee for Civil Rights Under Law filed its Complaint pursuant to the Freedom of Information Act. ECF No. 1. Defendant Consumer Financial Protection Bureau answered on August 26, 2019. ECF No. 9.

2. This action concerns four FOIA requests that Plaintiff submitted to the Bureau seeking records relating to the Bureau's Office of Fair Lending (Request No. 2018-538), the Bureau's communications with and research relating to payday lending (Request Nos. 2018-547 and 2019-0023), and the Bureau's Consumer Advisory Board (Request No. 2018-600).

3. The Bureau completed its searches for all four requests on September 30, 2019.

4. The Bureau completed its review and processing of documents responsive to Request No. 2018-547 on October 16, 2019.

5. Pursuant to the Court's November 4, 2019, Minute Order, the Bureau began reviewing and processing documents potentially responsive to Requests No. 2018-538 and 2018-

-2-

600 and making rolling productions in response to these requests on the 22nd of each month or, if the government is closed on that day, on the next business day.  Also pursuant to the Court's Order, the Bureau has processed documents for these requests at a rate of 600 pages per month.

6. By Minute Order issued March 30, 2020, the Court directed the Parties to file this Joint Status Report by May 29, 2020.

7. The Parties report that the Bureau completed its review and processing of documents responsive to Request No. 2018-538 on January 22, 2020.  The Parties further report that the Bureau continues its processing of Request No. 2018-600 and the Bureau made its most recent production of documents responsive to this request to Plaintiff on May 22, 2020.

8. With respect to Request No. 2019-0023, the Parties continue to confer about ways in which this search may be further narrowed but require additional time in order to reach agreement and to implement the revised search parameters.

9. The Parties jointly propose to provide a status report for the Court on or before June 30, 2020.

Dated: May 29, 2020 		Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, DC Bar No. 924092
Chief, Civil Division

By: /s/ Robert A. Caplen
Robert A. Caplen, DC Bar No. 501480
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*


By: /s/ John E. McCarthy Jr.
John E. McCarthy Jr. (Bar No. 430035)
CROWELL & MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20004
(t) (202) 624-2500
(f) (202) 628-5116
JMcCarthy@Crowell.com
LGorton@Crowell.com

Dariely Rodriguez (D.C. Bar application pending)
David Brody (Bar No. 1021476)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8300
www.lawyerscommittee.org
drodriguez@lawyerscommittee.org
dbrody@lawyerscommittee.org

*Counsel for Plaintiff*